# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov



## ORDER

June 24, 2014

*Before*

**WILLIAM J. BAUER,** *Circuit Judge*

**MICHAEL S. KANNE,** *Circuit Judge*

**JOHN DANIEL TINDER,** *Circuit Judge*

| | |
|---|---|
| No.: 13-3447 | UNITED STATES OF AMERICA,<br>Plaintiff - Appellee<br><br>v.<br><br>SOUBAHN SENYMANOLA,<br>Defendant - Appellant |

| **Originating Case Information:** |
|---|
| District Court No: 2:13-cr-00073-CNC-1<br>Eastern District of Wisconsin<br>District Judge Charles N. Clevert |

The nonprecedential disposition of this court issued on June 18, 2014, is **AMENDED** as follows:

On page 2, in the fifth line of the second paragraph, the reference to "the § 942(c)(1) violation" should be "the § 924(c)(1) violation".

form name: **c7_Order_3J**(form ID: **177**)